UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 19-20042-CIV-MARTINEZ-OTAZO-REYES

YIMY A. RODRIGUEZ,

    Plaintiff,

vs.

BP EXPLORATION & PRODUCTION INC. and BP AMERICA PRODUDCTION COMPANY,

    Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE came before the Court upon the Order Granting Motion for Summary Judgment, [ECF No. 48]. Pursuant to Federal Rules of Civil Procedure 56 and 58, it is hereby:

**ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants BP Exploration & Productions Inc. and BP America Production Company. Plaintiff shall take nothing from Defendants, and the action is **DISMISSED** on the merits.

DONE AND ORDERED in Chambers at Miami, Florida, this 21 day of November, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record